Billy TYLER, Appellant,

v.

Unknown MAYO, Deputy U.S. Marshals; Unknown Lewis, Deputy U.S. Marshals, Appellees.

No. 11–2963.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 6, 2011.

Filed: Dec. 7, 2011.

Billy Tyler, Omaha, NE, pro se.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Billy Tyler appeals the district court's[1] order dismissing his civil complaint. After careful review, we conclude that the district court properly dismissed the complaint. Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1]. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.